Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Rebecka M. Biejo, Bar No. 240504
RMBiejo@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   (310) 552-0130
Facsimile:    (310) 229-5800

Attorneys for Defendant
Best Buy Stores, L.P. (erroneously sued
and served herein as Best Buy Co., Inc.)

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUB CORPORATION, LTD., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC., a Minnesota Corporation doing business in California, and DOES 1 through 50, inclusive,,<br><br>Defendant. | Case No.  CV07-5822 R (CTx)<br><br>[Assigned to Honorable Manuel. L. Real]<br><br>**JUDGMENT**<br><br><br>Complaint Filed: August 3, 2007 |

Defendant Best Buy Stores, L.P. Motion for Summary Judgment came on for hearing before this Court on June 2, 2008 at 10:00 a.m. and August 4, 2008 at 10:00 a.m.  Plaintiff The Sub Corporation Ltd. appeared by and through its attorneys Shane D. Kramer and the Law Office of Shane D. Kramer.  Defendant Best Buy Stores, L.P. (erroneously sued and served as Best Buy Co., Inc.) appeared by and through its attorneys, Michael A. Geibelson and Robins, Kaplan, Miller & Ciresi L.L.P.  After consideration of the papers submitted by the parties, and the

1  arguments of counsel, and having now issued its Findings of Fact and Conclusions
2  of Law
3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
4      Judgment be entered in favor of Defendant Best Buy Stores, L.P. and against
5  Plaintiff The Sub Corporation, Ltd., and that Plaintiff The Sub Corporation, Ltd.
6  Take nothing by its Complaint; and that
7      This action be dismissed with prejudice; and that
8      Defendant Best Buy Stores, L.P. shall recover its costs as the prevailing
9  party.

Dated: August 5, 2008  _____

                      Honorable Manuel L. Real
                      United States District Court Judge

Proposed by:

DATED: August 5, 2008    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    /s/ Michael A. Geibelson

        Michael A. Geibelson
        David Martinez
        Rebecka M. Biejo
        Attorneys For Defendant
        Best Buy Stores, L.P. (erroneously sued and
        served herein as Best Buy Co., Inc.)